1  Aaron D. Aftergood (SBN 239853)
   aaron@aftergoodesq.com
2  **THE AFTERGOOD LAW FIRM**
   1880 Century Park East, Suite 200
3  Los Angeles, CA 90067
   Telephone: (310) 550-5221
4  Facsimile: (310) 496-2840

5  Taylor T. Smith*
   tsmith@woodrowpeluso.com
6  **WOODROW & PELUSO, LLC**
   3900 East Mexico Avenue, Suite 300
7  Denver, Colorado 80210
   Telephone: (720) 213-0676
8  Facsimile: (303) 927-0809

9  *Pro Hac Vice admission to be sought*

10 Attorneys for Petitioner

11              **IN THE UNITED STATES DISTRICT COURT**
12              **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>**TRIUMPH MERCHANT SOLUTIONS, LLC,** a California limited liability company,<br><br>Respondent. | Case No. '20CV0754 JAH BLM<br><br>**PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS AND FOR ORDER TO SHOW CAUSE AS TO WHY TRIUMPH MERCHANT SOLUTIONS, LLC SHOULD NOT BE HELD IN CONTEMPT**<br><br>Location: TBD<br>Date: TBD<br>Time: TBD<br>Judge: TBD |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that at a date and time to be set by the above-entitled Court located at 221 West Broadway, San Diego, CA 92101, Petitioner Abante Rooter and Plumbing, Inc. ("Abante") will appear and move this Court for an order requiring Triumph Merchant Solutions, LLC ("Triumph") to comply with

PETITIONER'S MOTION TO COMPEL                1
COMPLIANCE WITH SUBPOENAS

the subpoenas served on February 13, 2020, and for an order requiring Triumph to show cause as to why it should not be held in contempt.

This Motion is based on this Notice of Motion, the accompanying Memorandum in support of this Motion, the Declaration of Taylor T. Smith, the accompanying exhibits, and such other evidence that may be submitted at the hearing of this motion.

The undersigned further certifies that compliance with Local Rule 26.1 is not feasible because Triumph has refused to respond to counsel's repeated communication attempts.

Respectfully submitted,

Dated: April 21, 2020

**ABANTE ROOTER AND PLUMBING, INC.**, individually and on behalf of all others similarly situated,

By: */s/ Aaron D. Aftergood*
    One of Petitioner's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Petitioner

*Pro Hac Vice admission to be sought

PETITIONER'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENAS

2