Aaron D. Aftergood (SBN 239853)
    aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Pro Hac Vice admission to be sought*

*Attorneys for Petitioner*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>**TRIUMPH MERCHANT SOLUTIONS, LLC,** a California limited liability company,<br><br>Respondent. | Case No. **'20CV0754 JAH BLM**<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on April 21, 2020, I served a true and accurate copy of the following documents:

(1)   Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt;

CERTIFICATE OF SERVICE        1

(2) Memorandum In Support Of Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt;

(3) Group Exhibit A – Triumph Subpoenas;

(4) Group Exhibit B – Declaration of Taylor T. Smith In Support Of Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt;

(5) Group Exhibit C – Declarations of Diligence;

(6) Group Exhibit D – Proofs of Service;

(7) [Proposed] Order Granting Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt; and

(8) Petitioner's Corporate Disclosure Statement.

The foregoing documents were served by first-class U.S. Mail, postage prepaid, and properly addressed to the following party:

Triumph Merchant Solutions, LLC
Brandon M. Smith, Registered Agent
105 W. F St, 3rd Floor
San Diego, California 92101

*/s/ Taylor T. Smith*
Taylor T. Smith

CERTIFICATE OF SERVICE                    2