UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC.,<br><br>Plaintiff<br><br>v.<br><br>TRIUMPH MERCHANT SOLUTIONS, LLC,<br><br>Defendant. | Case No.:  20cv754-JAH(BLM)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On April 21, 2020, Plaintiff filed a Motion to Compel Compliance with Subpoenas and for Order to Show Cause Why Triumph Merchant Solutions, LLC Should Not Be Held in Contempt. ECF No. 1.  No party other than Plaintiff has made an appearance and, therefore, no other party will be notified of the filing of this Order via the CM/ECF system.  See Docket.  Accordingly, on or before **April 30, 2020**, Plaintiff must serve a copy this Order on Triumph Merchant Solutions, LLC.[1]  Additionally, the Court orders the following:

---

[1] The Court understands from the motion that Plaintiff has already served the motion on the Defendant.  See ECF No. 1-4 (Certificate of Service stating that the motion was served on April 21, 2020 "by first-class U.S. Mail, postage prepaid, and properly addressed to the following party: Triumph Merchant Solutions, LLC Brandon M. Smith, Registered Agent  105 W. F St, 3rd Floor San Diego, California 92101.").  Id.  If however, the Court's understanding is incorrect, Plaintiff must also serve the motion on Defendant Triumph Merchant Solutions, LLC by **April 30, 2020**.

1. Any opposition to the motion must be filed on or before **May 22, 2020**.
2. Any reply must be filed on or before **June 12, 2020**.

Upon completion of the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and no personal appearances will be required.

**IT IS SO ORDERED**.

Dated:  4/22/2020

Hon. Barbara L. Major
United States Magistrate Judge