# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Abante Rooter and Plumbing, Inc.

**Plaintiff,**

v.

Triumph Merchant Solutions, LLC,

**Defendant.**

Case No. 3:20-cv-00754-JAH-BLM

## PRO HAC VICE APPLICATION

Abante Rooter and Plumbing, Inc.
Party Represented

I, __Taylor T. Smith__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Woodrow & Peluso, LLC
Street address: 3900 E. Mexico Ave., Suite 300
City, State, ZIP: Denver, CO 80210
Phone number: (720) 907-7628
Email: tsmith@woodrowpeluso.com

That on __10/30/2017__ I was admitted to practice before __Colorado Supreme Court__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,

that I am not currently suspended or disbarred in any other court, and

that I ☐ have) ☒ have not) concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____  Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

_(Signature of Applicant)_

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Aaron D. Aftergood                              (310) 550-5221
(Name)                                          (Telephone)

Aftergood Law Firm
(Firm)

1880 Century Park East, Suite 200    Los Angeles, CA    90067
(Street)                              (City)             (Zip code)

/s/ Taylor T. Smith
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Aaron D. Aftergood
(Signature of Designee Attorney)