Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0676
Facsimile: (303) 927-0809

*Pro Hac Vice admission to be sought*

*Attorneys for Petitioner*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ABANTE ROOTER AND PLUMBING, INC.**, a California corporation, individually and on behalf of all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>**TRIUMPH MERCHANT SOLUTIONS, LLC,** a California limited liability company,<br><br>Respondent. | Case No. 3:20-cv-00754-JAH-BLM<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on April 23, 2020, I served a true and accurate copy of the following documents:

(1)    Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt;

CERTIFICATE OF SERVICE                    1

1

2

3

4

    (2)    Memorandum In Support Of Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt;

5

    (3)    Group Exhibit A – Triumph Subpoenas;

6

7

8

9

10

    (4)    Group Exhibit B – Declaration of Taylor T. Smith In Support Of Petitioner's Motion To Compel Compliance With Subpoenas And For Order To Show Cause As To Why Triumph Merchant Solutions, LLC Should Not Be Held In Contempt;

11

    (5)    Group Exhibit C – Declarations of Diligence;

12

    (6)    Group Exhibit D – Proofs of Service; and

13

    (7)    Order Setting Briefing Schedule (Dkt. 3).

14

15

The foregoing documents were served by first-class U.S. Mail, postage prepaid, and properly addressed to the following party:

16

17

18

19

Triumph Merchant Solutions, LLC

2305 Historic Decatur Dr., Suite 100

San Diego, California 92106

20

21

    /s/Taylor T. Smith

Taylor T. Smith

22

23

24

25

26

Aaron D. Aftergood (239853)

aaron@aftergoodesq.com

THE AFTERGOOD LAW FIRM

1880 Century Park East, Suite 200

Los Angeles, CA 90067

Telephone: (310) 550-5221

Facsimile: (310) 496-2840

27

28

Taylor T. Smith*
tsmith@woodrowpeluso.com
WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice Application to be filed

CERTIFICATE OF SERVICE                3