Rory K. Pendergast (California Bar # 266765)
Christopher T. Taylor (California Bar # 200156)
The Pendergast Law Firm, PC
3019 Polk Avenue
San Diego, CA 92104
Telephone: (619) 344-8699
Fax: (619) 344-8701
E-mail: rory@rorylaw.com

Attorneys for Plaintiff Abante Rooter and Plumbing, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRIUMPH MERCHANT SOLUTIONS, LLC, <br><br> Defendant. | CASE NO. 20CV00754 JAH BLM <br><br> **NOTICE OF APPEARANCE BY RORY K. PENDERGAST and CHRISTOPHER T. TAYLOR** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel of record is appearing as counsel for plaintiff ABANTE ROOTER AND PLUMBING, INC. and should be receiving e-mail notifications:

    Names:    Rory K. Pendergast, Cal. Bar No. 266765
                      Christopher T. Taylor, Cal. Bar No. 200156
    Email Address:    Rory@rorylaw.com
    Telephone No.:    619-344-8699
    Fax No.:    619-344-8701
    Address:    The Pendergast Law Firm, PC
                  3019 Polk Avenue
                  San Diego, CA 92104

///

|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  | Dated: May 5, 2020 | THE PENDERGAST LAW FIRM, PC |
| 3  |    | *s/ Rory K. Pendergast* |
| 4  |    | RORY K. PENDERGAST, attorney for Plaintiff, Abante Rooter and Plumbing, Inc. |
| 5  |    |    |
| 6  | Dated: May 5, 2020 | THE PENDERGAST LAW FIRM, PC |
| 7  |    | *s/ Christopher T. Taylor* |
| 8  |    | CHRISTOPHER T. TAYLOR, attorney for Plaintiff, Abante Rooter and Plumbing, Inc. |

2

**NOTICE OF APPEARANCE**          **CASE NO. 20CV00754 JAH BLM**